01
02
03
04
05
06

07                              UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
08                                        AT SEATTLE

09 SHAWNNA KAY LANDWEHR,              )
                                      )   CASE NO. C10-0161-MAT
10         Plaintiff,                 )
                                      )
11         v.                         )   ORDER GRANTING STIPULATION
                                      )   FOR EQUAL ACCESS TO JUSTICE
12 MICHAEL J. ASTRUE, Commissioner    )   ACT FEES
   of Social Security,                )
13                                    )
           Defendant.                 )
14 _____     )

15      The parties submitted a stipulation for attorney's fees and expenses under the Equal

16 Access to Justice Act (EAJA). (Dkt. 19.) Plaintiff seeks an award of $5,378.91 in attorney's

17 fees and $19.38 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, for a total award of

18 $5,398.29. Having considered the stipulation and accompanying documents, the Court finds

19 the request reasonable.

20      It is therefore ORDERED:

21      (1)  The stipulation for EAJA fees and expenses (Dkt. 19) is GRANTED. Plaintiff

22 is hereby awarded the attorney's fees and expenses requested; and

ORDER GRANTING STIPULATION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1

01      (2)    The Clerk shall send copies of this Order to the parties.

02    DATED this 17th day of November, 2010.

 

                                                                               /s/ Mary Alice Theiler

                                                                             Mary Alice Theiler
                                                                             United States Magistrate Judge

ORDER GRANTING STIPULATION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -2